[No. 16857. Department One. April 10, 1922.]

IDA M. STOLZE, Appellant, v. C. R. STOLZE et al., Respondents.[1]

Appeal from a judgment of the superior court for Pierce county, Askren, J., entered April 22, 1921, upon findings in favor of the defendants, in an action to cancel an assignment of contracts, and for other relief, tried to the court. Affirmed.

P. L. Pendleton, for appellant.

PER CURIAM.—It is stated in appellant's brief that this case involves the same parties, facts, testimony and questions of law contained in the case of Stolze v. Stolze, ante p. 701, 206 Pac. 1118. On the strength of that case, the judgment in this one is affirmed.

[1]Reported in 206 Pac. 1119.